## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 09-cv-01106-CMA-BNB

GREGORY S. DURANKO,

    Plaintiff,

v.

ROLAND FUENTES, and
RONNIE REYNOLDS,

    Defendants.

---

## ORDER OF DISMISSAL

---

This matter is before the Court on Plaintiff's Response to Minute Order (Doc. # 16), filed on June 12, 2009.  In light of Plaintiff's request for "voluntary dismissal pursuant to Rule 41," it is hereby

ORDERED that this case is DISMISSED in its entirety.

DATED:  June 17, 2009

                              BY THE COURT:

                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Judge